# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 17-CR-29-J |
| SHAKEEL A. KAHN and NABEEL KHAN, | |
| Defendants. | |

## STIPULATED MOTION TO AMEND ORDER

The United States was recently informed that the balance of funds held by the Drug Enforcement Administration is $499,653.66, not $505,000.00. The court's Order Approving Joint Stipulation for Release of Seized Assets (Doc. 1146) states $505,000.00 will be drawn from the Drug Enforcement Administration/United States Marshal Service, leaving an outstanding balance of $5,346.34. As a result, Treasury funds must be used to make up the difference.

**THEREFORE**, the parties stipulate and agree that the Order should be amended requiring the Drug Enforcement Administration/United States Marshal Service to remit the $499,653.66, and the Treasury to remit $105,346.34.

**DATED** this 4th day of August, 2023.

Respectfully submitted,

NICHOLAS VASSALLO
United States Attorney

By:  */s/ Stephanie I. Sprecher*
STEPHANIE I. SPRECHER
Assistant United States Attorney

By:  */s/ Z. Seth Griswold*
Z. SETH GRISWOLD
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that on the 4th day of August, 2023, a true and correct copy of the foregoing **Stipulated Motion to Amend Order** was served upon counsel of record via CM/ECF or the Court's Electronic Filing System.

/s/ Andi M. Shaffer
UNITED STATES ATTORNEY'S OFFICE